Baker v McDonald's Rest. Store No. 6165 (2024 NY Slip Op 00504)

Baker v McDonald's Rest. Store No. 6165

2024 NY Slip Op 00504

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, AND GREENWOOD, JJ.

51 CA 23-00972

[*1]CRYSTAL R. BAKER, PLAINTIFF-RESPONDENT,
v
MCDONALD'S RESTAURANT STORE NUMBER 6165, CAYUGA RESTAURANT GROUP, L.L.C., MICHAEL FEEHAN, INDIVIDUALLY AND IN HIS CAPACITY AS AN OWNER OF CAYUGA RESTAURANT GROUP, L.L.C., AND COURTNEY FEEHAN, INDIVIDUALLY AND IN HER CAPACITY AS AN OWNER OF CAYUGA RESTAURANT GROUP, L.L.C., DEFENDANTS-APPELLANTS. 

BARCLAY DAMON LLP, ROCHESTER (SCOTT P. ROGOFF OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
JEFFREY R. PARRY, ONEIDA, FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered December 30, 2022. The order, insofar as appealed from, denied in part the motion of defendants to dismiss the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court